UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MICHAEL B., | Case No. 25-CV-2638 (NEB/EMB) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

---

The Court has received the September 9, 2025 Report and Recommendation of United States Magistrate Judge Bullard. (ECF No. 8.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 8) is ACCEPTED;

2. This matter is DISMISSED WITHOUT PREJUDICE pursuant to Rule 2(b) of the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g); and

3. The application to proceed in forma pauperis of plaintiff Michael B. (ECF No. 2) is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 14, 2026             BY THE COURT:

                                    s/Nancy E. Brasel
                                    Nancy E. Brasel
                                    United States District Judge